United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11688-mdc |
| Maria K Steinmetz | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Jun 29, 2022 | Form ID: 130 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2022:**

**Recip ID**          **Recipient Name and Address**
db                  +   Maria K Steinmetz, 202 Big Road, Zieglerville, PA 19492-9700

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2022          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2022 at the address(es) listed below:**

**Name**          **Email Address**

KENNETH E. WEST
     ecfemails@ph13trustee.com   philaecf@gmail.com

PAUL H. YOUNG
     on behalf of Debtor Maria K Steinmetz support@ymalaw.com
     ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com

United States Trustee
     USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:                                                          Chapter: 13

Maria K Steinmetz

        Debtor(s)                          Bankruptcy No: 22−11688−mdc

***O R D E R***

**AND NOW,** this 29th day of June, 2022 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    Proper Form of Petition due 7/12/022. Atty Disclosure Statement due 07/12/2022. Chapter 13 Plan due by 07/12/2022. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C−1 Due 07/12/2022 Means Test Calculation Form 122C−2 − If Applicable − Due: 07/12/2022. Schedules AB−J due 07/12/2022. Statement of Financial Affairs due 07/12/2022. Summary of Assets and Liabilities Form B106 due 07/12/2022.

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court

5
Form 130