**Fill in this information to identify the case:**

Debtor 1  Maria K Steinmetz

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number  22-11688

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** KeyBank N.A., as S/B/M to First Niagara Bank

**Court claim no.** (if known): _____

**Last 4 digits** of any number you use to identify the debtor's account:  5 4 5 1

**Date of payment change:**
Must be at least 21 days after date of this notice    08/15/2022

**New total payment:**
Principal, interest, and escrow, if any    $ 463.63

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☑ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____    New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☐ No
   ☑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: PRIME RATE CHANGE

   Current interest rate:  3.99%    New interest rate:  4.49%

   Current principal and interest payment: $ 452.29    New principal and interest payment: $ 463.63

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Official Form 410S1    Notice of Mortgage Payment Change    page 1

| Debtor 1 | Maria K Steinmetz | Case number (if known) 22-11688 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Doreen Arra
Signature

Date 07/22/2022

Print: **Doreen Arra**
First Name   Middle Name   Last Name

Title **Senior Specialist**

Company **KeyBank N.A.**

Address **4910 Tiedeman Road**
Number   Street

**Brooklyn**   **OH**   **44144**
City   State   ZIP Code

Contact phone **866-325-9723**

Email **bk_specialists@keybank.com**

### ELOC Billing Maintenance and Display (ELC3/PG1)

```
        LOAN     5451     ELOC BILLING MAINT AND DISPLAY    07/22/22 10:50:09
MK STEINMET    1ST PMT 02/15/12  INV 212/005  TYPE CONV. RES       LOC MAN B
BILL METHOD B  CUR PMT 10/15/18  PB    59008.72   IR 03.74000         GRP ETQ
       INT BILLED THRU 07/21/22  INT DUE       .00   PMT PER 12  BILL IND
SGMT: 01 OF 01  ELOC STATUS: A   ELOC PLAN CODE: FNHC   CURR TYPE: VAR/CLOSED
-- Page 1 ------------------------------------------------------------
ACT: C (A,C,D,L/Z)  LIST/OPT:    (P,U,B/A,D) NEW BAL:        69,472.09 CONST
DUE DT: 07/15/22 APR: 3.99000  % INDX: 3.5000000  % MRGN: +  .490000 %   ESC
USER ID: 2AB -   BILL DATE: 062122     PRIOR BILLS UNPD    TOTAL AMT DUE
MINIMUM PMT    452.29
PRINCIPAL      245.87               _____.__      _____.__
INTEREST       206.42               _____.__      _____.__
ESCROW            .00               _____.__      _____.__
LATE CHARGES      .00               _____.__      _____.__
NSF               .00               _____.__      _____.__
OTHER FEES               .00        _____.__      _____.__
LIFE INSURANCE    .00               _____.__      _____.__
A&H INSURANCE     .00               _____.__      _____.__
MISCELLANEOUS     .00               _____.__      _____.__
OUTPUT OPT: 1   1:UPD ONLY  2:ADD PRT/LOG#      3:LOG ONLY    PF20:PFKEYS
                4:UPD PRINT 5:UPD DFILE
```

## ELOC Billing Maintenance and Display (ELC3/PG1)

```
       LOAN    25451       ELOC BILLING MAINT AND DISPLAY    07/22/22  10:49:18
MK STEINMET    1ST PMT 02/15/12   INV 212/005  TYPE CONV. RES         LOC MAN B
BILL METHOD B  CUR PMT 10/15/18   PB    59008.72   IR 03.74000        GRP ETQ
       INT BILLED THRU 07/21/22  INT DUE      .00    PMT PER 12  BILL IND
SGMT: 01 OF 01  ELOC STATUS: A    ELOC PLAN CODE: FNHC    CURR TYPE: VAR/CLOSED
-- Page 1 ---------------------------------------------------------------
ACT: C (A,C,D,L/Z)  LIST/OPT:   (P,U,B/A,D) NEW BAL:       69,689.85  CONST
DUE DT: 08/15/22 APR: 4.49000  % INDX: 4.0000000  % MRGN: +  .490000 %   ESC
USER ID: 2AB -    BILL DATE: 072122    PRIOR BILLS UNPD    TOTAL AMT DUE
MINIMUM PMT       463.63                    21,986.96         22,450.59
PRINCIPAL         245.87                    11,362.01         11,607.88
INTEREST          217.76                    10,389.92         10,607.68
ESCROW              .00                          .00                .00
LATE CHARGES        .00                       235.03             235.03
NSF                 .00                          .00                .00
OTHER FEES                  .00                  .00                .00
LIFE INSURANCE      .00                          .00                .00
A&H INSURANCE       .00                          .00                .00
MISCELLANEOUS       .00                          .00                .00
OUTPUT OPT: 1   1:UPD ONLY  2:ADD PRT/LOG#       3:LOG ONLY      PF20:PFKEYS
                4:UPD PRINT 5:UPD DFILE                          PF2:ADDL MSGS
-=SPOC=-                             ACTIVE CH 13 BANKRUPTCY
USES CONSUMER KPLO PMT LOGIC OPTIONS  ELOC ADVANCE STOP = B
LOAN IS IN FORECLOSURE, F/C STOP = 5   253 DAYS PAST PROJECTED LEGAL DATE
```

UNITED STATES BANKRUPTCY COURT
Eastern DISTRICT OF Pennsylvania

| | | |
|---|---|---|
| In Re: | | Case No. 22-11688 |
| **Maria K Steinmetz** , | | Chapter 13 |
| Debtor(s). | | |

## CERTIFICATE OF SERVICE

     I hereby certify that on 07-22-2022 , I electronically filed a Notice of Mortgage Payment Change with the Clerk of the Bankruptcy Court using the CM/ECF system which sent electronic notification of such filing to the following:

Debtor(s) Attorney

**PAUL H. YOUNG**


Trustee
**KENNETH E. WEST**


     And, I hereby certify that I have mailed via the United States Postal Service the Notice of Mortgage Payment Change to the following non CM/ECF participants:

Debtor

**Maria K Steinmetz**
202 Big Road
Zieglerville, PA 19492


                                           /s/ Doreen Arra
                                           Bankruptcy Specialist
                                           KeyBank N.A.