# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Maria K. Steinmetz<br>        **Debtor(s)**<br><br>Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.<br>        **Movant**<br>    vs.<br><br>Maria K. Steinmetz<br>        **Debtor(s)**<br><br>Kenneth E. West,<br>        **Trustee** | BK NO. 22-11688 MDC<br><br>Chapter 13<br><br>Related to Claim No. N/A |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on August 5, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Maria K. Steinmetz
202 Big Road
Zieglerville, PA 19492

Attorney for Debtor(s)
Paul H. Young,, Esq.
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020

Trustee
Kenneth E. West
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service:  electronic means or first class mail

Dated: August 5, 2022

                          **/s/Rebecca A. Solarz, Esquire**
                          Rebecca A. Solarz, Esquire
                          KML Law Group, P.C.
                          BNY Mellon Independence Center
                          701 Market Street, Suite 5000
                          Philadelphia, PA 19106
                          215-825-6327
                          rsolarz@kmllawgroup.com