**Maria K Steinmetz**

| | | |
|---|---|---|
| Company H0688 | Period Begin 6/16/2022 | Division 20 |
| Number 1216 | Period End 6/30/2022 | Branch |
| Social Security # XXX-XX-7904 | Check Date 7/7/2022 | Department |
| Hire Date 7/30/2019 | Check Number -99997763 | Team |

**Kasu Home Care Services Inc.**

4059 Skippack Pike Ste 100
Skippack, PA 19474

## Earnings

| Description | Location / Job | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|---|
| CG Mileage | | 0.00 | | | 4.60 |
| Home Helper | Hourly Reg | 15.00 | 4.00 | 60.00 | 112.50 |
| Home Helper | Hourly Reg | 15.00 | 3.50 | 52.50 | 0.00 |
| Personal Care | Hourly Reg | 16.00 | 4.00 | 64.00 | 1295.00 |
| CG Regular | Hourly Reg | 17.00 | 4.50 | 76.50 | 889.50 |
| CG Regular | Hourly Reg | 17.00 | 5.00 | 85.00 | 0.00 |
| CG Regular | Hourly Reg | 17.00 | 4.00 | 68.00 | 0.00 |
| CG Regular | Hourly Reg | 17.00 | 4.00 | 68.00 | 0.00 |
| Holiday | | 0.00 | | | 115.50 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (S/1) (474.00) | 11.36 | 13.77 |
| OASDI (474.00) | 29.39 | 149.57 |
| Medicare (474.00) | 6.87 | 34.96 |
| PA (SM/1) (474.00) | 14.55 | 74.07 |
| PA-EE SUI(474.00) | 0.28 | 1.45 |
| Lower Frederick Township | 6.87 | 34.98 |
| Payactiv | 189.98 | 225.97 |
| Net Pay to Checking | 214.70 | 1882.33 |

| | Hours | Current | Year To Date | | Current | Year To Date |
|---|---|---|---|---|---|---|
| Total Earnings | 29.00 | 474.00 | 2417.10 | Total Deductions | 474.00 | 2417.10 |
| **NET PAY** 214.70 | **Total Direct Deposits** | | 214.70 | **Check Amount** | 0.00 | 0.00 |

**Maria K Steinmetz**

| | |
|---|---|
| Company | H0688 |
| Number | 1216 |
| Social Security # | XXX-XX-7904 |
| Hire Date | 7/30/2019 |
| Period Begin | 6/1/2022 |
| Period End | 6/15/2022 |
| Check Date | 6/22/2022 |
| Check Number | -99997947 |
| Division | 20 |
| Branch | |
| Department | |
| Team | |

**Kasu Home Care Services Inc.**
4059 Skippack Pike Ste 100
Skippack, PA 19474

## Earnings

| Description | Location / Job | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|---|
| CG Mileage | | 0.00 | | | 4.60 |
| Personal Care | Hourly Reg | 16.00 | 5.00 | 80.00 | 1231.00 |
| CG Regular | Hourly Reg | 17.00 | 4.00 | 68.00 | 592.00 |
| CG Regular | Hourly Reg | 17.00 | 5.00 | 85.00 | 0.00 |
| CG Regular | Hourly Reg | 17.00 | 4.00 | 68.00 | 0.00 |
| Holiday | | 0.00 | | | 115.50 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (S/1) (301.00) | 0.00 | 2.41 |
| OASDI (301.00) | 18.66 | 120.18 |
| Medicare (301.00) | 4.36 | 28.09 |
| PA (SM/1) (301.00) | 9.24 | 59.52 |
| PA-EE SUI(301.00) | 0.18 | 1.17 |
| Lower Frederick Township | 4.38 | 28.11 |
| Payactiv | | 35.99 |
| Net Pay to Checking | 264.18 | 1667.63 |

| | Hours | Current | YTD | | Current | YTD |
|---|---|---|---|---|---|---|
| Total Earnings | 18.00 | 301.00 | 1943.10 | Total Deductions | 301.00 | 1943.10 |
| NET PAY | 264.18 | Total Direct Deposits | 264.18 | Check Amount | 0.00 | 0.00 |

**Maria K Steinmetz**

| Company | Period Begin | Division |
|---|---|---|
| H0688 | 5/16/2022 | 20 |
| Number | Period End | Branch |
| 1216 | 5/31/2022 | |
| Social Security # | Check Date | Department |
| XXX-XX-7904 | 6/7/2022 | |
| Hire Date | Check Number | Team |
| 7/30/2019 | -99998230 | |

**Kasu Home Care Services Inc.**
4059 Skippack Pike Ste 100
Skippack, PA 19474

### Earnings

| Description | Location / Job | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|---|
| CG Mileage | Per Mile | 0.58 | 0.00 | 3.45 | 4.60 |
| Personal Care | | 0.00 | | | 1151.00 |
| CG Regular | Hourly Reg | 14.00 | 4.00 | 56.00 | 371.00 |
| CG Regular | Hourly Reg | 14.00 | 5.00 | 70.00 | 0.00 |
| CG Regular | Hourly Reg | 14.00 | 4.00 | 56.00 | 0.00 |
| CG Regular | Hourly Reg | 14.00 | 5.00 | 70.00 | 0.00 |
| Holiday | | 0.00 | | | 115.50 |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (S/1) (252.00) | 0.00 | 2.41 |
| OASDI (252.00) | 15.62 | 101.52 |
| Medicare (252.00) | 3.65 | 23.73 |
| PA (SM/1) (252.00) | 7.74 | 50.28 |
| PA-EE SUI(252.00) | 0.15 | 0.99 |
| Lower Frederick Township | 3.64 | 23.73 |
| Payactiv | 35.99 | 35.99 |
| Net Pay to Checking | 188.66 | 1403.45 |

| | Hours | Current | YTD | | Current | YTD |
|---|---|---|---|---|---|---|
| **Total Earnings** | 18.00 | 255.45 | 1642.10 | **Total Deductions** | 255.45 | 1642.10 |
| **NET PAY** | | 188.66 | | **Total Direct Deposits** 188.66  **Check Amount** | 0.00 | 0.00 |

**Maria K Steinmetz**

| | | |
|---|---|---|
| Company H0688 | Period Begin 5/1/2022 | Division 20 |
| Number 1216 | Period End 5/15/2022 | Branch |
| Social Security # XXX-XX-7904 | Check Date 5/23/2022 | Department |
| Hire Date 7/30/2019 | Check Number -99998404 | Team |

**Kasu Home Care Services Inc.**

4059 Skippack Pike Ste 100
Skippack, PA 19474

## Earnings

| Description | Location / Job | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|---|
| CG Mileage | | 0.00 | | | 1.15 |
| Personal Care | | 0.00 | | | 1151.00 |
| CG Regular | Hourly Reg | 14.00 | 3.50 | 49.00 | 119.00 |
| CG Regular | Hourly Reg | 14.00 | 5.00 | 70.00 | 0.00 |
| Holiday | Hourly Reg | 21.00 | 5.50 | 115.50 | 115.50 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (S/1) (234.50) | 0.00 | 2.41 |
| OASDI (234.50) | 14.54 | 85.90 |
| Medicare (234.50) | 3.40 | 20.08 |
| PA (SM/1) (234.50) | 7.20 | 42.54 |
| PA-EE SUI(234.50) | 0.14 | 0.84 |
| Lower Frederick Township | 3.41 | 20.09 |
| Net Pay to Checking | 205.81 | 1214.79 |

| | Hours | Current | YTD | | Current | YTD |
|---|---|---|---|---|---|---|
| Total Earnings | 14.00 | 234.50 | 1386.65 | Total Deductions | 234.50 | 1386.65 |
| **NET PAY** 205.81 | Total Direct Deposits | 205.81 | | Check Amount | 0.00 | 0.00 |

**Maria K Steinmetz**

| | | |
|---|---|---|
| Company H0688 | Period Begin 4/16/2022 | Division 20 |
| Number 1216 | Period End 4/30/2022 | Branch |
| Social Security # XXX-XX-7904 | Check Date 5/6/2022 | Department |
| Hire Date 7/30/2019 | Check Number -99998843 | Team |

**Kasu Home Care Services Inc.**

4059 Skippack Pike Ste 100
Skippack, PA 19474

## Earnings

| Description | Location / Job | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|---|
| CG Mileage | | 0.00 | | | 1.15 |
| Personal Care | Hourly Reg | 14.00 | 4.00 | 56.00 | 1151.00 |
| Personal Care | Hourly Reg | 14.00 | 4.00 | 56.00 | 0.00 |
| Personal Care | Hourly Reg | 14.00 | 5.00 | 70.00 | 0.00 |
| Personal Care | Hourly Reg | 14.00 | 4.00 | 56.00 | 0.00 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (S/1) (238.00) | 0.00 | 2.41 |
| OASDI (238.00) | 14.76 | 71.36 |
| Medicare (238.00) | 3.45 | 16.68 |
| PA (SM/1) (238.00) | 7.31 | 35.34 |
| PA-EE SUI(238.00) | 0.14 | 0.70 |
| Lower Frederick Township | 3.44 | 16.68 |
| Net Pay to Checking | 208.90 | 1008.98 |

| | | | | |
|---|---|---|---|---|
| Total Earnings | 17.00 | 238.00 | 1152.15 | Total Deductions 238.00 1152.15 |
| NET PAY 208.90 | Total Direct Deposits | 208.90 | Check Amount | 0.00 0.00 |

**Maria K Steinmetz**

| | |
|---|---|
| Company | H0688 |
| Period Begin | 4/1/2022 |
| Division | 20 |
| Number | 1216 |
| Period End | 4/15/2022 |
| Branch | |
| Social Security # | XXX-XX-7904 |
| Check Date | 4/22/2022 |
| Department | |
| Hire Date | 7/30/2019 |
| Check Number | -99999006 |
| Team | |

**Kasu Home Care Services Inc.**
4059 Skippack Pike Ste 100
Skippack, PA 19474 610-584-8200

## Earnings

| Description | Location / Job | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|---|
| CG Mileage | | 0.00 | | | 1.15 |
| Personal Care | Hourly Reg | 13.00 | 5.00 | 65.00 | 913.00 |
| Personal Care | Hourly Reg | 13.00 | 5.00 | 65.00 | 0.00 |
| Personal Care | Hourly Reg | 13.00 | 4.50 | 58.50 | 0.00 |
| Personal Care | Hourly Reg | 14.00 | 5.00 | 70.00 | 0.00 |
| Personal Care | Hourly Reg | 14.00 | 4.00 | 56.00 | 0.00 |
| Personal Care | Hourly Reg | 14.00 | 5.00 | 70.00 | 0.00 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (S/1) (384.50) | 2.41 | 2.41 |
| OASDI (384.50) | 23.84 | 56.60 |
| Medicare (384.50) | 5.58 | 13.23 |
| PA (SM/1) (384.50) | 11.80 | 28.03 |
| PA-EE SUI(384.50) | 0.23 | 0.56 |
| Lower Frederick Township | 5.58 | 13.24 |
| Net Pay to Checking | 335.06 | 800.08 |

| | | | |
|---|---|---|---|
| Total Earnings | 28.50 | 384.50 | 914.15 |
| NET PAY | 335.06 | Total Direct Deposits | 335.06 |
| Total Deductions | 384.50 | 914.15 | |
| Check Amount | 0.00 | 0.00 | |