| | | | | | | | | Check No: 1180 | Date: 7/20/2022 |
|---|---|---|---|---|---|---|---|---|---|
| MARIA K STEINMETZ | | 202 BIG RD ZIEGLERVILLE PA 19492 | | | | | | | |
| | Type | Hours | Rate | Earnings | Ded Type | Amount | YTD | This Pay | YTD |
| EMP#  19 | REGULAR | 6.5000 | 10.00000 | 65.00 | Chk-xxxx6331 | 55.05 | 0.00 | EARNINGS 65.00 | 130.00 |
| CLOCK#  000019 | | | | | Total: | 55.05 | 0.00 | FED 0.00 | 0.00 |
| DEPT#  000100 | | | | | | | | MEDICARE 0.94 | 1.88 |
| FED  S  N | | | | | | | | SOC SEC 4.03 | 8.06 |
| PA   S  0 | | | | | | | | PA 2.00 | 4.00 |
| PA-EUC | | | | | | | | PAEUC 0.04 | 0.08 |
| PA LOCAL R-LOWER FREDER | | | | | | | | RED HILL BORO 0.94 | 1.88 |
| | | | | | | | | PALS462106 2.00 | 4.00 |

YTD

VFW-PENN PERKIOMEN VALLEY HOME ASSOCIATION 401 MAIN STREET RED HILL, PA 18076
Key: 0146-45DF-8E9A-4BCE

Net Pay: 55.05
Period Start: 07/04/2022
Period End: 07/17/2022


PrimePay.