# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 22-11688-MDC

MARIA K STEINMETZ

202 BIG ROAD

ZIEGLERVILLE, PA 19492-

     Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

MARIA K STEINMETZ

202 BIG ROAD

ZIEGLERVILLE, PA 19492-

Counsel for debtor(s), by electronic notice only.

PAUL H YOUNG, ESQ
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020-

Date: 9/22/2022

/S/ Kenneth E. West

_____

Kenneth E. West, Esquire
Chapter 13 Standing Trustee