THE PATHWAY SCHOOL
162 Egypt Rd
Norristown PA 19403

Y426-X869
ORG1:2-1 EDUCATION
ORG2:12 UPPER SCH
EE ID: 86967      DD

MARIA STEINMETZ
202 BIG ROAD
ZIEGLERVILLE PA 19492

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Maria Steinmetz
202 Big Road
Zieglerville, PA 19492
Soc Sec #: xxx-xx-xxxx    Employee ID: 86967

Home Department: 12 UPPER SCHOOL / 2-1 EDUCATION

Pay Period: 06/05/22 to 06/18/22
Check Date: 06/24/22    Check #: 30534

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 331 | 1643.76 | 21208.50 |
| NET PAY | 1643.76 | 21208.50 |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly Earnings | | | | 64.50 | 2480.67 |
| | Salary | M70.00 | | 2692.31 | M840.00 | 32307.72 |
| | Bonus | | | | | 250.00 |
| | Total Hours | 70.00 | | | 904.50 | |
| | Gross Earnings | | | 2692.31 | | 35038.39 |
| | Total Hrs Worked | 70.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 162.43 | 2113.92 |
| Medicare | | 37.98 | 494.38 |
| Fed Income Tax | H +$440 | 653.57 | 8696.10 |
| PA Income Tax | | 80.43 | 1039.09 |
| PA Unemploy | | 1.62 | 21.08 |
| PA LWNOR-Mon | | 2.00 | 26.00 |
| PA WNRTN-Mon l | | 37.99 | 494.43 |
| TOTAL | | 976.02 | 12887.00 |

**DEDUCTION**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| DEN125 | 9.33 | 121.29 |
| MED125 | 61.18 | 795.34 |
| VIS | 2.02 | 26.26 |
| TOTAL | 72.53 | 942.89 |

**NET PAY**    THIS PERIOD ($) 1643.76    YTD ($) 21208.50

Payrolls by Paychex, Inc.

0940 Y-426-X869  The Pathway School • 162 Egypt Rd • Norristown PA  19403 • (610) 277-0660

THE PATHWAY SCHOOL
162 Egypt Rd
Norristown PA  19403

Y426-X869
ORG1:2-1 EDUCATION
ORG2:12 UPPER SCH
EE ID: 86967       DD

MARIA STEINMETZ
202 BIG ROAD
ZIEGLERVILLE PA  19492

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

### PERSONAL AND CHECK INFORMATION
Maria Steinmetz
202 Big Road
Zieglerville, PA  19492
Soc Sec #: xxx-xx-xxxx    Employee ID: 86967

Home Department: 12 UPPER SCHOOL / 2-1 EDUCATION

Pay Period: 05/22/22 to 06/04/22
Check Date: 06/10/22    Check #: 30273

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 331 | 1643.77 | 19564.74 |
| NET PAY | 1643.77 | 19564.74 |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly Earnings | | | | 64.50 | 2480.67 |
| | Salary | M70.00 | | 2692.31 | M770.00 | 29615.41 |
| | Total Hours | 70.00 | | | 834.50 | |
| | Gross Earnings | | | 2692.31 | | 32096.08 |
| | Total Hrs Worked | 70.00 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 162.42 | 1935.99 |
| Medicare | | 37.98 | 452.77 |
| Fed Income Tax | H  +$440 | 653.57 | 7817.44 |
| PA Income Tax | | 80.43 | 958.66 |
| PA Unemploy | | 1.62 | 19.31 |
| PA LWNOR-Mon | | 2.00 | 24.00 |
| PA WNRTN-Mon I | | 37.99 | 452.61 |
| TOTAL | | 976.01 | 11660.98 |

### DEDUCTION

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| DEN125 | 9.33 | 111.96 |
| MED125 | 61.18 | 734.16 |
| VIS | 2.02 | 24.24 |
| TOTAL | 72.53 | 870.36 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1643.77 | 19564.74 |

*Payrolls by Paychex, Inc.*

8840 Y426-X869  The Pathway School • 162 Egypt Rd • Norristown PA  19403 • (610) 277-0660

THE PATHWAY SCHOOL
162 Egypt Rd
Norristown PA 19403

Y426-X869
ORG1:2-1 EDUCATION
ORG2:12 UPPER SCH
EE ID: 86967     DD

MARIA STEINMETZ
202 BIG ROAD
ZIEGLERVILLE PA 19492

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Maria Steinmetz
202 Big Road
Zieglerville, PA 19492
Soc Sec #: xxx-xx-xxxx     Employee ID: 86967

Home Department: 12 UPPER SCHOOL / 2-1 EDUCATION

Pay Period: 05/08/22 to 05/21/22
Check Date: 05/27/22   Check #: 30092

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 331 | 1483.40 | 17920.97 |
| NET PAY | 1483.40 | 17920.97 |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly Earnings | 64.50 | 38.4600 | 2480.67 | 64.50 | 2480.67 |
| | Salary | | | M700.00 | | 26923.10 |
| | Total Hours | 64.50 | | | 764.50 | |
| | Gross Earnings | | | 2480.67 | | 29403.77 |
| | Total Hrs Worked | 64.50 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 149.31 | 1773.57 |
| Medicare | | 34.92 | 414.79 |
| Fed Income Tax | H +$440 | 628.17 | 7163.87 |
| PA Income Tax | | 73.93 | 878.23 |
| PA Unemploy | | 1.49 | 17.69 |
| PA LWNOR-Mon | | 2.00 | 22.00 |
| PA WNRTN-Mon I | | 34.92 | 414.82 |
| TOTAL | | 924.74 | 10684.97 |

**DEDUCTION**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| DEN125 | 9.33 | 102.63 |
| MED125 | 61.18 | 672.98 |
| VIS | 2.02 | 22.22 |
| TOTAL | 72.53 | 797.83 |

**NET PAY**

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1483.40 | 17920.97 |

Payrolls by Paychex, Inc.

0940 Y426-X869 The Pathway School • 162 Egypt Rd • Norristown PA 19403 • (610) 277-0660

THE PATHWAY SCHOOL
162 Egypt Rd
Norristown PA 19403

Y426-X869
ORG1:2-1 EDUCATION
ORG2:12 UPPER SCH
EE ID: 86967    DD

MARIA STEINMETZ
202 BIG ROAD
ZIEGLERVILLE PA 19492

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Maria Steinmetz
202 Big Road
Zieglerville, PA 19492
Soc Sec #: xxx-xx-xxxx    Employee ID: 86967

Home Department: 12 UPPER SCHOOL / 2-1 EDUCATION

Pay Period: 04/24/22 to 05/07/22
Check Date: 05/13/22    Check #: 29942

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 331 | 1643.76 | 16437.57 |
| NET PAY | 1643.76 | 16437.57 |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Salary | | M70.00 | 2692.31 | M700.00 | 26923.10 |
| | Total Hours | 70.00 | | | 700.00 | |
| | Gross Earnings | | | 2692.31 | | 26923.10 |
| | Total Hrs Worked | 70.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 162.42 | 1624.26 |
| Medicare | | 37.99 | 379.87 |
| Fed Income Tax | H +$440 | 653.57 | 6535.70 |
| PA Income Tax | | 80.43 | 804.30 |
| PA Unemploy | | 1.62 | 16.20 |
| PA LWNOR-Mon | | 2.00 | 20.00 |
| PA WNRTN-Mon | | 37.99 | 379.90 |
| TOTAL | | 976.02 | 9760.23 |

**DEDUCTION**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| DEN125 | 9.33 | 93.30 |
| MED125 | 61.18 | 611.80 |
| VIS | 2.02 | 20.20 |
| TOTAL | 72.53 | 725.30 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1643.76 | 16437.57 |

Payrolls by Paychex, Inc.

0940 Y426-X869  The Pathway School • 162 Egypt Rd • Norristown PA 19403 • (610) 277-0660

THE PATHWAY SCHOOL
162 Egypt Rd
Norristown PA 19403

Y426-X869
ORG1:2-1 EDUCATION
ORG2:12 UPPER SCH
EE ID: 86967    DD

MARIA STEINMETZ
202 BIG ROAD
ZIEGLERVILLE PA 19492

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Maria Steinmetz | | |
| 202 Big Road | | |
| Zieglerville, PA 19492 | | |
| Soc Sec #: xxx-xx-xxxx    Employee ID: 86967 | | |
| Home Department: 12 UPPER SCHOOL / 2-1 EDUCATION | | |
| Pay Period: 04/10/22 to 04/23/22 | | |
| Check Date: 04/29/22    Check #: 29791 | | |
| **NET PAY ALLOCATIONS** | | |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| Check Amount | 0.00 | 0.00 |
| Chkg 331 | 1643.75 | 14793.81 |
| **NET PAY** | **1643.75** | **14793.81** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | M70.00 | 2692.31 | M630.00 | 24230.79 |
| | | Total Hours | 70.00 | | | 630.00 | |
| | | Gross Earnings | | | 2692.31 | | 24230.79 |
| | | Total Hrs Worked | 70.00 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 162.43 | 1461.84 |
| | Medicare | | 37.99 | 341.88 |
| | Fed Income Tax | H +$440 | 653.57 | 5882.13 |
| | PA Income Tax | | 80.43 | 723.87 |
| | PA Unemploy | | 1.62 | 14.58 |
| | PA LWNOR-Mon | | 2.00 | 18.00 |
| | PA WNRTN-Mon I | | 37.99 | 341.91 |
| | **TOTAL** | | **976.03** | **8784.21** |

| DEDUCTION | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | DEN125 | 9.33 | 83.97 |
| | MED125 | 61.18 | 550.62 |
| | VIS | 2.02 | 18.18 |
| | **TOTAL** | **72.53** | **652.77** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1643.75 | 14793.81 |

Payrolls by Paychex, Inc.

0940 Y426-X869  The Pathway School · 162 Egypt Rd · Norristown PA 19403 · (610) 277-0660

THE PATHWAY SCHOOL
162 Egypt Rd
Norristown PA 19403

Y426-X869
ORG1:2-1 EDUCATION
ORG2:12 UPPER SCH
EE ID: 86967    DD

MARIA STEINMETZ
202 BIG ROAD
ZIEGLERVILLE PA 19492

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Maria Steinmetz
202 Big Road
Zieglerville, PA 19492
Soc Sec #: xxx-xx-xxxx    Employee ID: 86967

Home Department: 12 UPPER SCHOOL / 2-1 EDUCATION

Pay Period: 03/27/22 to 04/09/22
Check Date: 04/15/22    Check #: 29639

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 331 | 1643.76 | 13150.06 |
| **NET PAY** | **1643.76** | **13150.06** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Salary | | M70.00 | 2692.31 | M560.00 | 21538.48 |
| | Total Hours | 70.00 | | | 560.00 | |
| | Gross Earnings | | | 2692.31 | | 21538.48 |
| | Total Hrs Worked | 70.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 162.43 | 1299.41 |
| Medicare | | 37.98 | 303.89 |
| Fed Income Tax | H +$440 | 653.57 | 5228.56 |
| PA Income Tax | | 80.43 | 643.44 |
| PA Unemploy | | 1.62 | 12.96 |
| PA LWNOR-Mon | | 2.00 | 16.00 |
| PA WNRTN-Mon l | | 37.99 | 303.92 |
| **TOTAL** | | **976.02** | **7808.18** |

**DEDUCTION**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| DEN125 | 9.33 | 74.64 |
| MED125 | 61.18 | 489.44 |
| VIS | 2.02 | 16.16 |
| **TOTAL** | **72.53** | **580.24** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1643.76 | 13150.06 |

Payrolls by Paychex, Inc.

0940 Y426-X869 The Pathway School • 162 Egypt Rd • Norristown PA 19403 • (610) 277-0660