**Fill in this information to identify the case:**

Debtor 1    Maria K Steinmetz

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number    22-11688

---

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** KeyBank N.A.

**Court claim no.** (if known): n/a

**Last 4 digits** of any number you use to identify the debtor's account: 5 4 5 1

**Date of payment change:**
Must be at least 21 days after date of this notice    11/15/2022

**New total payment:**
Principal, interest, and escrow, if any    $ 535.62

### Part 1:    Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____    New escrow payment: $ _____

### Part 2:    Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

### Part 3:    Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: Per contract terms, days in monthly billing cycle varies month-to-month; principal balance, interest and fees change based upon debit/credit transactions

   Current mortgage payment: $ 565.44    New mortgage payment: $ 535.62

Official Form 410S1    **Notice of Mortgage Payment Change**    page 1

| Debtor 1 | Maria K Steinmetz | | | Case number (*if known*) 22-11688 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 4:  Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

❑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Elliott R Spirakus                        Date  10/24/2022
Signature

Print:    Elliott R Spirakus                     Title  Senior Specialist
          First Name    Middle Name    Last Name

Company:  KeyBank N.A.

Address:  4910 Tiedeman Road
          Number        Street

          Brooklyn                   OH    44144
          City                       State ZIP Code

Contact phone  866-325-9723           Email  bk_specialists@keybank.com

---

Official Form 410S1                Notice of Mortgage Payment Change                 page **2**

Print    Save As...    Add Attachment    Reset

## ELOC Billing Maintenance and Display (ELC3/PG1)

```
         LOAN      5451       ELOC BILLING MAINT AND DISPLAY      09/22/22  10:29:42
MK STEINMET        1ST PMT 02/15/12  INV 212/005  TYPE CONV. RES       LOC MAN B
BILL METHOD B   CUR PMT 10/15/18  PB    59008.72   IR 03.74000          GRP FFW
       INT BILLED THRU 09/21/22  INT DUE       .00   PMT PER 12  BILL IND
 SGMT: 01 OF 01  ELOC STATUS: A   ELOC PLAN CODE: FNHC   CURR TYPE: VAR/CLOSED
-- Page 1 ----------------------------------------------------------
ACT: C (A,C,D,L/Z)  LIST/OPT:    (P,U,B/A,D) NEW BAL:         70,255.09  CONST
DUE DT: 10/15/22 APR:  5.99000 % INDX:  5.5000000 % MRGN: +   .490000 %     ESC
USER ID: 2AB -   BILL DATE: 092122     PRIOR BILLS UNPD     TOTAL AMT DUE
 MINIMUM PMT              565.44              22,942.13         23,507.57
 PRINCIPAL                245.87              11,853.75         12,099.62
 INTEREST                 319.57              10,853.35         11,172.92
 ESCROW                      .00                    .00               .00
 LATE CHARGES                .00                 235.03            235.03
 NSF                         .00                    .00               .00
 OTHER FEES                  .00                    .00               .00
 LIFE INSURANCE              .00                    .00               .00
 A&amp;H INSURANCE            .00                    .00               .00
 MISCELLANEOUS               .00                    .00               .00
 OUTPUT OPT: 1   1:UPD ONLY  2:ADD PRT/LOG#       3:LOG ONLY     PF20:PFKEYS
                 4:UPD PRINT 5:UPD DFILE                         PF2:ADDL MSGS
 -=SPOC=-                            ACTIVE CH 13 BANKRUPTCY
 USES CONSUMER KPLO PMT LOGIC OPTIONS   ELOC ADVANCE STOP = B
 LOAN IS IN FORECLOSURE, F/C STOP = 5   315 DAYS PAST PROJECTED LEGAL DATE
```

**ELOC Billing Maintenance and Display (ELC3/PG1)**

```
        LOAN       5451      ELOC BILLING MAINT AND DISPLAY     10/24/22  11:52:02
 MK STEINMET      1ST PMT 02/15/12  INV 212/005  TYPE CONV. RES        LOC MAN B
 BILL METHOD B   CUR PMT 11/15/18  PB    58760.96   IR 03.74000          GRP FFW
      INT BILLED THRU 10/21/22  INT DUE        .00   PMT PER 12  BILL IND
   SGMT: 01 OF 01  ELOC STATUS: A    ELOC PLAN CODE: FNHC   CURR TYPE: VAR/CLOSED
 -- Page 1 ---------------------------------------------------------------
 ACT: C (A,C,D,L/Z)  LIST/OPT:    (P,U,B/A,D) NEW BAL:        69,944.84  CONST
 DUE DT: 11/15/22 APR: 5.99000  % INDX: 5.5000000  % MRGN: +  .490000 %   ESC
 USER ID: 2AB -    BILL DATE: 102122    PRIOR BILLS UNPD    TOTAL AMT DUE
 MINIMUM PMT     535.62                  22,907.57              23,443.19
 PRINCIPAL       245.87                  11,851.86              12,097.73
 INTEREST        289.75                  10,820.68              11,110.43
 ESCROW             .00                        .00                    .00
 LATE CHARGES       .00                     235.03                 235.03
 NSF                .00                        .00                    .00
 OTHER FEES              .00                   .00                    .00
 LIFE INSURANCE    .00                        .00                    .00
 A&H INSURANCE     .00                        .00                    .00
 MISCELLANEOUS     .00                        .00                    .00
 OUTPUT OPT: 1   1:UPD ONLY  2:ADD PRT/LOG#       3:LOG ONLY    PF20:PFKEYS
                 4:UPD PRINT 5:UPD DFILE
  MOST RECENT UNPAID BILL FOUND FOR THIS LOAN
```

UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania (Philadelphia)

In Re:   Maria K Steinmetz                         Case No.  22-11688

                Debtor(s).              Chapter 13

**CERTIFICATE OF SERVICE**

      I hereby certify that on 10/24/2022, I electronically filed a Notice of Mortgage Payment Change with the Clerk of the Bankruptcy Court using the CM/ECF system which sent electronic notification of such filing to the following:

Debtor(s) Attorney
Paul H. Young

Trustee
Kenneth E. West

      And, I hereby certify that I have mailed via the United States Postal Service the Notice of Mortgage Payment Change to the following non CM/ECF participants:

Debtor

Maria K Steinmetz
202 Big Road
Zieglerville, PA 19492

                              /s/Elliott R Spirakus
                              Bankruptcy Specialist
                              KeyBank N.A.