# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                                    Chapter 13

MARIA K STEINMETZ                                       Bankruptcy No. 22-11688-MDC

202 BIG ROAD

ZIEGLERVILLE, PA 19492-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
MARIA K STEINMETZ

202 BIG ROAD

ZIEGLERVILLE, PA 19492-

**Counsel for debtor(s), by electronic notice only.**
PAUL H YOUNG, ESQ
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Date: 11/10/2022                                                                                          /s/ Kenneth E. West

                                                                                       _____
                                                                                       Kenneth E. West, Esquire
                                                                                       Chapter 13 Standing Trustee