IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: MARIA K. STEINMETZ )<br>    **Debtor** )<br>    )<br>MARIA K. STEINMETZ )<br>    **Moving Party** )<br>    )<br>  v. )<br>    )<br>SANTANDER CONSUMER USA INC. )<br>    **Respondent** )<br>    )<br>KENNETH E. WEST )<br>    **Trustee** )<br>    )<br>    ) | CHAPTER 13<br><br>Case No.: 22-11688 (MDC)<br><br><br>11 U.S.C. 362 |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc. and the Debtor in settlement of the Motion To Reimpose Stay, and filed on or about January 20, 2023 in the above matter is APPROVED.

Dated: January 25, 2023

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE