United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 22-11688-mdc

Maria K Steinmetz  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 2
Date Rcvd: Mar 23, 2023  Form ID: 155  Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maria K Steinmetz, 202 Big Road, Zieglerville, PA 19492-9700 |
| 14703489 | + | Rocket Mortgage, LLC, C/O Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14722179 | + | Santander Consumer USA, Inc., c/o William E. Craig, Esq., 110 Marter Ave., Suite 301, Moorestown, NJ 08057-3124 |
| 14702102 | | State Farm Bank, F.s.b, Attn Credit Reporting, Bloomington, IL 61702 |
| 14702103 | + | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14705534 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 24 2023 00:11:07 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14702095 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 24 2023 00:11:08 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14702096 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 24 2023 00:06:00 | Comenitybank/chrisbank, Po Box 182789, Columbus, OH 43218-2789 |
| 14702097 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 24 2023 00:06:00 | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14723764 | + | Email/Text: BKRMailOps@weltman.com | Mar 24 2023 00:06:00 | KeyBank, NA, s/b/m First Niagara Bank, NA, c/o Weltman, Weinberg & Reis Co. LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 14702098 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Mar 24 2023 00:06:00 | Keybank Na, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14702099 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 24 2023 00:06:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14704020 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 24 2023 00:11:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14702100 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 24 2023 00:06:00 | Midland Credit Managem, 320 East Big Beaver, Troy, MI 48083-1271 |
| 14709309 | | Email/Text: bnc-quantum@quantum3group.com | Mar 24 2023 00:06:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14702101 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 24 2023 00:06:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14719157 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 24 2023 00:06:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14705863 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 24 2023 00:06:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |

TOTAL: 13

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com |
| JAMES P. VALECKO | on behalf of Creditor KeyBank NA, s/b/m First Niagara Bank, NA pitecf@weltman.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mfarrington@kmllawgroup.com |
| PAUL H. YOUNG | on behalf of Debtor Maria K Steinmetz support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Maria K Steinmetz
      Debtor(s)                                            Chapter: 13

                                                                           Bankruptcy No: 22−11688−mdc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this March 23, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                      Magdeline D. Coleman
                                                                      Chief Judge ,
                                                                      United States Bankruptcy Court

                                                                                         71
                                                                             Form 155