# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re   MARIA STEINMETZ | : | CHAPTER 13 |
| | : | |
| Debtor(s) | : | BANKRUPTCY NO. 22-11688 |

## OBJECTION TO CERTIFICATION OF DEFAULT

Debtor(s), Maria Steinmetz, by their attorney, Paul H. Young, Esquire, hereby objects to the Certification of Default filed by Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. on April 19, 2023.  Debtors believe they can become current on all post-petition payments due under the January 6, 2023 stipulation with the Lender.

    Respectfully submitted,

/s/ Paul H. Young
PAUL H. YOUNG, Esquire
Young, Marr & Associates
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020
P: 215-639-5297
F: 215-639-1344
support@ymalaw.com

Dated: April 21, 2023