*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Maria K Steinmetz
    Debtor(s)

Case No: 22–11688–mdc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman, United States Bankruptcy Judge to consider:

Certification of Default filed on behalf of Rocket Mortgage, LLC fka Quicken Loans, LLC fka Quicken Loans Inc., and objection filed by the debtor

    on: 5/23/23

    at: 10:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

Date: 4/24/23

For The Court

Timothy B. McGrath
Clerk of Court

77 – 75, 76
Form 167