United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Maria K Steinmetz  
    Debtor

Case No. 22-11688-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Oct 02, 2023      Form ID: pdf900      Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maria K Steinmetz, 202 Big Road, Zieglerville, PA 19492-9700 |
| 14703489 | + | Rocket Mortgage, LLC, C/O Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14722179 | + | Santander Consumer USA, Inc., c/o William E. Craig, Esq., 110 Marter Ave., Suite 301, Moorestown, NJ 08057-3124 |
| 14702102 | | State Farm Bank, F.s.b, Attn Credit Reporting, Bloomington, IL 61702 |
| 14702103 | + | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 03 2023 01:12:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 03 2023 01:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Oct 03 2023 01:12:00 | KeyBank NA, 4910 Tiedeman Rd, Cleveland, OH 44144-2338 |
| 14705534 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 03 2023 01:23:29 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14702095 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 03 2023 01:43:22 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14702096 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 03 2023 01:12:00 | Comenitybank/chrisbank, Po Box 182789, Columbus, OH 43218-2789 |
| 14702097 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 03 2023 01:12:00 | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14723764 | + | Email/Text: BKRMailOps@weltman.com | Oct 03 2023 01:12:00 | KeyBank, NA, s/b/m First Niagara Bank, NA, c/o Weltman, Weinberg & Reis Co. LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 14702098 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Oct 03 2023 01:12:00 | Keybank Na, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14702099 | | Email/Text: PBNCNotifications@peritusservices.com | Oct 03 2023 01:12:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14704020 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 03 2023 01:22:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14702100 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 03 2023 01:12:00 | Midland Credit Managem, 320 East Big Beaver, Troy, MI 48083-1271 |
| 14709309 | | Email/Text: bnc-quantum@quantum3group.com | Oct 03 2023 01:12:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14702101 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 03 2023 01:12:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI |

| | | | | |
|---|---|---|---|---|
| | | | | 48226-3573 |
| 14719157 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 03 2023 01:12:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14705863 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 03 2023 01:12:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 04, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2023 at the address(es) listed below:

**Name** | **Email Address**

BRIAN CRAIG NICHOLAS
on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com

JAMES P. VALECKO
on behalf of Creditor KeyBank  NA, s/b/m First Niagara Bank, NA pitecf@weltman.com

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL PATRICK FARRINGTON
on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mfarrington@kmllawgroup.com

PAUL H. YOUNG
on behalf of Debtor Maria K Steinmetz support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Chapter 13 |
| MARIA K STEINMETZ | |
| Debtor | Bankruptcy No. 22-11688-MDC |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Date 09/28/2023

_____
Chief Honorable Magdeline D. Coleman
Bankruptcy Judge