**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MARIA K STEINMETZ<br><br><br>Debtor(s) | CASE NO.  22-11688-mdc<br><br>CHAPTER 13 |

## WITHDRAWAL OF APPEARANCE/ENTRY OF APPEARANCE WITHOUT PREJUDICE

Kindly withdraw the appearance of James Valecko as attorney for KEYBANK N.A., and enter Milos Gvozdenovic as attorney for KEYBANK N.A., without prejudice in all matters for the duration of this bankruptcy case.

Date: 10/12/2023

/s/Milos Gvozdenovic
Milos Gvozdenovic
Weltman, Weinberg & Reis Co., L.P.A.
Attorney for Movant
965 Keynote Circle
Brooklyn Heights, OH 44131
216-739-5647
mgvozdenvoic@weltman.com


/s/ James Valecko
James Valecko
Weltman, Weinberg & Reis Co., L.P.A
436 Seventh Avenue, Suite 2500
Pittsburgh, PA 15219
412-434-7958
jimvalecko@weltman.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MARIA K STEINMETZ<br><br>                Debtor(s) | CASE NO. 22-11688-mdc<br><br>CHAPTER 13 |

**CERTIFICATE OF SERVICE**

I, Milos Gvozdenovic Esquire, attorney for KEYBANK N.A., do hereby certify that true and correct copies of the Withdrawal of Appearance/Entry of Appearance without prejudice has been served on October 12, 2023, upon those listed below:

**Service by First-Class Mail**:

MARIA K STEINMETZ, Debtor
2120 Devereaux Avenue
Philadelphia, PA 19149

**and Service by NEF/ECF**:

PAUL H. YOUNG, Debtors Attorney at support@ymalaw.com
KENNETH E. WEST, Trustee at ecfemails@ph13trustee.com
OFFICE OF THE UNITED STATES TRUSTEE at ustpregion03.ph.ecf@usdoj.gov

                                                WELTMAN, WEINBERG & REIS CO., L.P.A.

                                                /s/<u>Milos Gvozdenovic</u>
                                                Milos Gvozdenovic
                                                Weltman, Weinberg & Reis Co., L.P.A.
                                                Attorney for Movant
                                                965 Keynote Circle
                                                Brooklyn Heights, OH 44131
                                                216-739-5647
                                                mgvozdenvoic@weltman.com


                                                <u>/s/ James Valecko</u>
                                                James Valecko
                                                Weltman, Weinberg & Reis Co., L.P.A
                                                436 Seventh Avenue, Suite 2500
                                                Pittsburgh, PA 15219
                                                412-434-7958
                                                jimvalecko@weltman.com